**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00236-REB-KMT

ROGER RIVARD, JR., an individual,

      Plaintiff,

v.

GATES & RYMPH, INC., a Colorado corporation, a/k/a C.E.P. INC., a Colorado corporation, d/b/a PLEASURES ENTERTAINMENT,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on plaintiff's **Motion To Stay Order Dismissing Case** [#54] filed April 23, 2013.  The motion is **GRANTED**.  The court will stay a ruling on the **Stipulated Motion To Dismiss** [#53] filed April 22, 2013, until **April 26, 2013**.

      Dated:  April 23, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.