**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00236-REB-KMT

ROGER RIVARD, JR., an individual,

     Plaintiff,

v.

GATES & RYMPH, INC., a Colorado corporation, a/k/a C.E.P. INC., a Colorado corporation, d/b/a PLEASURES ENTERTAINMENT,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

     The matter is before me on the **Stipulated Motion To Dismiss** [#53][1] filed April 22, 2013. After reviewing the motion and the record, I conclude (1) that the motion should be granted; (2) that this action should be dismissed with prejudice with each party to pay its attorney fees and costs; and (3) that under D.C.COLO.LCivR 54.2, jury costs should be assessed against the parties.

     Trial by jury was set to commence April 8, 2013, at 8:30 a.m. However, the court received a voice mail message on Saturday, April 6, 2013, that the parties had settled the case.

     Based on the **Clerk's Certification of Jury Costs**, I find that jury costs are $1,602.17. The assessment of jury costs is governed by D.C.COLO.LCivR 54.2 which provides:

---

[1] "[#53]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

> Whenever any civil action scheduled for jury trial is settled or otherwise resolved after noon on the last day before trial, jury costs may be assessed against any of the parties and/or counsel. The last day before trial shall be calculated in accordance with FED. R. CIV. P. 6(a)(1).

Thus, good cause exists to assess jury costs against the late settling parties.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss** [#53] filed April 22, 2013, is **GRANTED**;

2. That any pending motion is **DENIED** as moot;

3. That jury costs of $1,602.17 are **ASSESSED** and **SHALL BE PAID** equally by the parties; and

4. That this action is **DISMISSED WITH PREJUDICE** with each party to pay its own attorney fees and costs.

Dated April 29, 2013, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

2